UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



**FILED**
JAN 0 6 2009

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 08-40067 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| MELAROSA N. URBINA, | * | |
| Defendant. | * | |

Counsel for Defendant Melarosa N. Urbina, has filed a Motion for Noncustodial Transportation and Subsistence Expenses (Doc. 17), requesting that the Court direct the United States Marshals Service to arrange for the noncustodial transportation of defendant or furnish the fare for such transportation, plus subsistence expenses, for defendant to travel from her home in Sand Point, Alaska to Sioux Falls, South Dakota, for her jury trial which is scheduled to commence on Tuesday, February 17, 2009. Good cause appearing, it is hereby

ORDERED that the Motion (Doc. 17) is GRANTED. Pursuant to 18 U.S.C. § 4285, the United States Marshals Service shall provide noncustodial transportation or furnish the fare for transportation, plus subsistence expenses, for Defendant from Sand Point, Alaska to Sioux Falls, South Dakota, for her jury trial which is scheduled to commence on Tuesday, February 17, 2009. This order shall remain in full force and effect if said jury trial is rescheduled by order of the District Court.

Dated this 6 day of January, 2009.

BY THE COURT:

John E. Simko
United States Magistrate Judge